SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
JEAN RIKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER<br><br>    Plaintiff,<br><br>v.<br><br>MUSTARD'S GRILL;<br>3W & C, LLC; and DOES 1-25,<br>Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.  CV 07-6397<br><u>Civil Rights</u><br><br>**CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

Dated: 12/18/07                SIDNEY J. COHEN
                               PROFESSIONAL CORPORATION


                                    /s/ Sidney J. Cohen
                               By _____

                                  Sidney J. Cohen
                                  Attorney for Plaintiff

Certification Of Interested Parties                -1-