JAMES R. ROSE, STATE BAR #109726
KATHARINE HELDT FALACE, STATE BAR #222744
THE LAW OFFICES OF JAMES R. ROSE
1500 Railroad Avenue
St. Helena, California   94574
Tel: 707-967-9656
Fax: 707-963-0771

Attorney for Defendants Mustards Grill and 3W & C, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER<br><br>    Plaintiff,<br><br>v.<br><br>MUSTARD'S GRILL;<br>3W & C, LLC; and DOES 1-15,<br>Inclusive,<br><br>    Defendants. | Case No. C07-06397<br><u>Civil Rights</u><br><br>**ANSWER TO COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF AND DAMAGES; DENIAL OF CIVIL RIGHTS AND PUBLIC FACILITIES TO PHYSICALLY DISABLED PERSONS, (§§ 54, 54.1, 55 CIVIL CODE; §19955 ff HEALTH & SAFETY CODE); INJUNCTIVE RELIEF PER TITLE III, AMERICANS WITH DISABILITIES ACT OF 1990, 42 USC §§12181 et seq.** |

1.      In answer to paragraph 1 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

2.      In answer to paragraph 2 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

3.      In answer to paragraph 3 of the Complaint, defendants admit that this Court has jurisdiction over the subject matter of the complaint.

4.      In answer to paragraph 4 of the Complaint, defendants admit that venue is proper in this district.

5.      In answer to paragraph 6 of the Complaint, defendants admit that venue is proper in said intra district.

6.      In answer to paragraph 6 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

7.      In answer to paragraph 7 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

8.      In answer to paragraph 8 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

9.      In answer to paragraph 9 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

10.     In answer to paragraph 10 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

11.     In answer to paragraph 11 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

12.     In answer to paragraph 12 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

13.     In answer to paragraph 13 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

14.    In answer to paragraph 14 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

15.    In answer to paragraph 15 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

16.    In answer to paragraph 16 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

17.    In answer to paragraph 17 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

18.    In answer to paragraph 18 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

19.    In answer to paragraph 19 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

20.    Defendants reallege and incorporate by reference their previous responses to the allegations of paragraphs 1 through 19 of the Complaint.

21.    In answer to paragraph 21 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

22.    In answer to paragraph 22 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this paragraph, and on that basis deny each and every allegation contained therein.

23.    In answer to paragraph 23 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to truth of the allegations contained in this

1  paragraph, and on that basis deny each and every allegation contained therein.

2      24.    In answer to paragraph 24 of the Complaint, defendants are without sufficient

3  knowledge or information to form a belief as to truth of the allegations contained in this

4  paragraph, and on that basis deny each and every allegation contained therein.

5      25.    In answer to paragraph 25 of the Complaint, defendants are without sufficient

6  knowledge or information to form a belief as to truth of the allegations contained in this

7  paragraph, and on that basis deny each and every allegation contained therein.

8      26.    In answer to paragraph 26 of the Complaint, defendants are without sufficient

9  knowledge or information to form a belief as to truth of the allegations contained in this

10  paragraph, and on that basis deny each and every allegation contained therein.

11      27.    In answer to paragraph 27 of the Complaint, defendants are without sufficient

12  knowledge or information to form a belief as to truth of the allegations contained in this

13  paragraph, and on that basis deny each and every allegation contained therein.

14      28.    In answer to paragraph 28 of the Complaint, defendants are without sufficient

15  knowledge or information to form a belief as to truth of the allegations contained in this

16  paragraph, and on that basis deny each and every allegation contained therein.

17      29.    In answer to paragraph 29 of the Complaint, defendants are without sufficient

18  knowledge or information to form a belief as to truth of the allegations contained in this

19  paragraph, and on that basis deny each and every allegation contained therein.

20  **AFFIRMATIVE DEFENSES**

21      1.    **AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE**

22  to Plaintiff's Complaint, and to each Cause of Action thereof, these answering Defendants are

23  informed and believe and thereon allege that Plaintiffs herein have failed to state facts sufficient

24  to constitute a cause of action against these answering Defendants.

25      2.    **AS AND FOR A SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE**

26  to Plaintiff's Complaint, and to each Cause of Action thereof, these answering Defendants are

27  informed and believe and thereon allege that this action is brought in bad faith and is designed to

28  harass, oppress and injure these answering Defendants in both their person and property.

1       3.    **AS AND FOR A SEPARATE, DISTINCT, AND AFFIRMATIVE DEFENSE**

2    to Plaintiff's Complaint, and to each cause of action thereof, these answering Defendants allege

3    Defendants acted at all times relevant hereto with good faith and without any fraud or malice.

4       4.    **AS AND FOR A SEPARATE, DISTINCT, AND AFFIRMATIVE DEFENSE**

5    to Plaintiff's Complaint, and to each cause of action thereof, these answering Defendants allege

6    Plaintiff has suffered no injury attributable to any conduct of Defendants.

7       5.    **AS AND FOR A SEPARATE, DISTINCT, AND AFFIRMATIVE DEFENSE**

8    to Plaintiff's Complaint, and to each cause of action thereof, these answering Defendants allege

9    there has been no violation as Defendants are not required to construct, alter, repair or modify the

10   building in which Defendants' business establishment is located as a matter of law.

11      6.    **AS AND FOR A SEPARATE, DISTINCT, AND AFFIRMATIVE DEFENSE**

12   to Plaintiff's Complaint, and to each cause of action thereof, these answering Defendants allege

13   on information and belief that the premises in question were constructed prior to the enactment

14   of the Americans with Disabilities Act of 1990, 42 USC §12181 et seq., Civil Code §§ 54, 54.1,

15   55 and Health and Safety Code §19955 ff.

16      7.    **AS AND FOR A SEPARATE, DISTINCT, AND AFFIRMATIVE DEFENSE**

17   to Plaintiff's Complaint, and to each cause of action thereof, these answering Defendants allege

18   that there is not a financially feasible way to change the construction of the premises, if they are

19   even required to at all.

20      8.    **AS AND FOR A SEPARATE, DISTINCT, AND AFFIRMATIVE DEFENSE**

21   to Plaintiff's Complaint, and to each cause of action thereof, these answering Defendants allege

22   that changes to the construction of the premises are not readily achievable, if they are even

23   required to change the construction of the premises at all.

24      9.    **AS AND FOR A SEPARATE, DISTINCT, AND AFFIRMATIVE DEFENSE**

25   to Plaintiff's Complaint, and to each cause of action thereof, these answering Defendants allege

26   that changes to the construction of the premises would cause an undue burden on Defendants, if

27   they are even required to change the construction of the premises at all.

28      10.    **AS AND FOR A SEPARATE, DISTINCT, AND AFFIRMATIVE DEFENSE**

1   o Plaintiff's Complaint, and to each cause of action thereof, these answering Defendants allege

2   hat Defendants presently have insufficient knowledge or information on which to form a belief

3   as to whether they may have additional, as yet unstated, affirmative defenses available.

4   Defendants reserve herein the right to assert additional defenses in the event that discovery

5   indicates that they would be appropriate.

6       **WHEREFORE,** these answering Defendants pray for judgment against Plaintiff as

7   follows:

8       1.      That Plaintiff take nothing by reason of their Complaint;

9       2.      That the Complaint be dismissed;

10      3.      For Defendants' cost of suit herein;

11      4.      For Defendants' attorneys' fees; and

12      5.      For such other and further relief as the Court deems just and proper.

13      Dated: January 22, 2008

                                LAW OFFICES OF JAMES R. ROSE

14                              /S/

15                              _____
                                JAMES R. ROSE, Attorney for Defendants
16                              Mustards Grill and 3W & C, LLC

17

18

19

20

21

22

23

24

25

26

27

28