JAMES R. ROSE, SBN 109726
KATHARINE HELDT FALACE, SBN 222744
LAW OFFICES OF JAMES R. ROSE
1500 Railroad Ave.
St. Helena, CA 94574
Tel: (707) 967-9656
Fax: (707) 963-0771

Attorneys for Defendants Mustard's Grill and 3 W & C, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>MUSTARD'S GRILL; 3 W & C, LLC; and DOES 1-15, Inclusive,<br><br>    Defendants. | Case No. C07-06397<br><u>Civil Rights</u><br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have financial interest in the subject matter in controversy or in a party to the proceeding:

1.    Cindy Pawlcyn    Owner    82.5 percent shareholder

2.    Sean Knight                10 percent shareholder

3.    Erasto Jaciento         5 percent shareholder

1  |  4.     Patrick Kellaher                    2.5 percent shareholder

2  |  Dated: February 4, 2008

3  |                                              LAW OFFICES OF JAMES R. ROSE

6  |                                              _____
7  |                                              JAMES R. ROSE, Attorney for Defendants
   |                                              Mustard's Grill and 3 W & C, LLC