IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Riker<br><br>           Plaintiff,<br>  v.<br><br>Mustard's Grill<br>           Defendant.<br>_____/ | NO. CV 07-06397 CW<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY** |

On **12/18/07**, counsel for **plaintiff** filed a **certificate of interested parties (docket #2)** manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for **plaintiff** should submit the **certificate of interested parties (docket #2)**, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

.

Dated: February 20, 2008                                      Clara Pierce
                                                                                    Deputy Clerk

**United States District Court**
For the Northern District of California