SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
JEAN RIKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>MUSTARD'S GRILL;<br>3W & C, LLC; and DOES 1-25,<br>Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. CV 07-6397 CW<br><u>Civil Rights</u><br><br>**NOTICE OF NEED FOR MEDIATION**<br><br>**(ADA ACCESS CASES)** |

Plaintiff reports that the joint site inspection occurred on March 27, 2008. Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Date: May 16, 2008

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen
_____
Sidney J. Cohen
Attorney for Plaintiff

Notice Of Need For Mediation        -1-