**MARJORIE GELB**
ATTORNEY AT LAW/ MEDIATOR
6279 Chabot Road, Oakland, CA 94618
Phone: (510) 655-5211/ Fax: (510) 655-5883
marjoriegelb@sbcglobal.net

June 26, 2008

Sidney J. Cohen
Sidney J. Cohen Professional Corporation
427 Grand Avenue
Oakland, CA 94610

James R. Rose
Katherine Heldt Falace
Law Offices of James R. Rose
1500 Railroad Avenue
St. Helena, CA 94574

**RE: Riker v. Mustard's Grill, et al., Case No. 07-06397 CW [MED]**

Dear Counsel:

Thank you for your succinct and sophisticated presentations in our conference yesterday. We have scheduled the Mediation session in this case for Wednesday, August 13, 2008 at 10:00 a.m. at the San Francisco Federal Courthouse, 450 Golden Gate Avenue, San Francisco, California , Courtroom 19 on the 16th floor. The court confirmed the availability of the room. We agreed that you will keep the whole day available to allow the session to continue as long as it is being productive.

We agreed that the written statements described in ADR L.R. 6-7 will be exchanged and in my office by Monday, July 28, 2008. I can receive briefs by regular mail, e-mail or fax, but I would like to have hard copies of voluminous exhibits. We agreed that you would discuss in some detail the critical facts and controlling law, including case citation, if appropriate.

Regarding appearances, plaintiff herself, her counsel and two consultants, a contractor and an expert will be present. For the defendant Mustard's Grill, the two owners, counsel and a contractor expert will appear.

Pursuant to the Court rules, I will ask all the parties, counsel and other participants to sign a confidentiality agreement. I have enclosed a copy so that you may review it with your clients before the mediation starts.

Also, I'd like to remind you that under the rules of the Court, I will be donating my

Sidney J. Cohen and James R. Rose, et al.
June 26, 2008
Page 2


preparation time and the first four hours of mediation.  I will charge $200 per hour for the next four hours, and my usual rate of $300 per hour after that.

Finally, I understand that you will proceed to try to resolve the injunctive issues before the mediation date, and if you are successful, the scope of the mediation and the necessary participants may change.  We will make any necessary adjustments down the line.

Please prepare for the session by discussing each of the following items with your clients:
- Client interests:  This is not simply the *position* the client wishes to take in the litigation, but the client's underlying *interests* and how these interests could be met.
- The other side's interests:  Try to put your client in the other parties' shoes, to try to understand their *interests*.  These may include factors other than money.
- Best and worst alternatives to a negotiated settlement:  The parties should be aware of what may be lost by pursuing the litigation, and should understand where the risks are in litigation.  Both parties should know the estimated budget and time commitment to litigate the case through trial.

I look forward to assisting you on this case.

Sincerely,



MARJORIE GELB

cc:     Clerk's Office - ADR Unit
        450 Golden Gate Avenue
        San Francisco, CA 94102