SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile:    (510) 893-9450

Attorneys for Plaintiff
JEAN RIKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>MUSTARD'S GRILL;<br>3W & C, LLC; and DOES 1-25,<br>Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. CV 07-6397 CW<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL**<br><br>FRCP section 41 (a) (1) (ii) |

       Plaintiff Jean Riker and defendants Mustard's Grill and 3W & C, LLC, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

       Plaintiff filed this lawsuit on December 18, 2007.

       Plaintiff and defendants have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against all defendants. A copy of the "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff and defendants stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

       Plaintiff moves to dismiss with prejudice the lawsuit against defendants.

       Defendants, who have answered the Complaint, agree to the dismissal with prejudice.

       This case is not a class action, and no receiver has been appointed.

       This Stipulation and Order may be signed in counterparts, and facsimile signatures shall

1 | be as valid and as binding as original signatures.

2 |     Wherefore, plaintiff and defendants, by and through their attorneys of record, so
3 | stipulate.

4 | Date: 12/5/08                                    SIDNEY J. COHEN
                                                   PROFESSIONAL CORPORATION

                                                   /s/ Sidney J. Cohen
                                                   _____
                                                   Sidney J. Cohen
                                                   Attorney for Plaintiff Jean Riker

Date: 12/5/08                                   Law Offices Of James R. Rose

                                  /s/ Sidney J. Cohen
                                  _____
                                  James R. Rose
                                  Attorney for All Defendants

    PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

    The lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."

Date:   12/10/08                          _____
                                  Claudia Wilken
                                  United States District Judge